IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DON SHUDA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3168 |
| | ) | |
| V. | ) | |
| | ) | |
| WILLIAM WILLIAMS, | ) | ORDER |
| Individually and in his | ) | |
| Capacity as Veterans Service | ) | |
| Officer of Buffalo County, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The defendant's unopposed motion to file its answer out of time, filing no. 18, is granted.

DATED this 14th day of November, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge